MICHAEL K. BROWN / CA SB# 106975
KATHERINE F. WENGER / CA SB #223045
DAVID M. MARCHIANO / CA SB# 264809
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
mbrown@bgwcounsel.com
kwenger@bgwcounsel.com
dmarchiano@bgwcounsel.com

Attorneys for Plaintiff
GROVE WAY INVESTMENTS, LLC


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ERINN M. CONTRERAS, Cal. Bar No. 244563
DANIEL S. MAROON, Cal. Bar No. 297900
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        econtreras@sheppardmullin.com
              dmaroon@sheppardmullin.com

Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVE WAY INVESTMENTS, LLC, a California limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> CENTENE MANAGEMENT COMPANY, LLC, a Wisconsin limited liability company, and DOES 1 through 20, inclusive, <br><br> Defendants. | CASE NO. 2:19-cv-00696-JAM-EFB <br><br> STIPULATION AND ORDER TO EXTEND DISCOVERY CUTOFF |
| AND RELATED COUNTERCLAILM | |

STIPULATION AND PROPOSED ORDER TO EXTEND FACT DISCOVERY CUTOFF

| | |
|---|---|
| 1 | WHEREAS, pursuant to the Court's June 24, 2019 case management order (ECF No. 10) (the "Court's Pre-Trial Order")) the current deadline for discovery in this matter is May 1, 2020; |
| 2 | |
| 3 | WHEREAS on March 16, 2020, due to the spread and threat of the COVID-19 virus, Alameda County, Contra Costa County, Marin County, San Francisco County, Santa Clara County and Santa Cruz County all issued orders requiring the sheltering in place and non-operation of all non-essential individuals/businesses; |

WHEREAS, pursuant to the Court's June 24, 2019 case management order (ECF No. 10) (the "Court's Pre-Trial Order")) the current deadline for discovery in this matter is May 1, 2020;

WHEREAS on March 16, 2020, due to the spread and threat of the COVID-19 virus, Alameda County, Contra Costa County, Marin County, San Francisco County, Santa Clara County and Santa Cruz County all issued orders requiring the sheltering in place and non-operation of all non-essential individuals/businesses;

WHEREAS on March 19, 2020 Placer County, Sacramento County issued similar shelter in place orders, and the State of California issued a similar Shelter in Place Order (the "State SIP Order").

WHEREAS, Plaintiff, Plaintiff's counsel and Defendant's counsel, as well as numerous potential third party witnesses in this matter reside/are located in California, including in the counties referenced above.

WHEREAS given these unanticipated orders, including the State SIP Order, and the challenge such orders pose to discovery, the Parties stipulate and agree through their counsel of record, that the current May 1, 2020 discovery deadline set forth in the Court's Pre-Trial Order shall be extended from May 1, 2020 until May 15, 2020.

FURTHERMORE, for the same reasons the Parties, subject to the Court's approval, agree that the in person meet and confer directive provided for by the Court's Pre-Trial Order may be satisfied by a video meet and confer over remote video-conference technology.

Dated: March 26, 2020        BROWN, GEE & WENGER LLP

/s/ Katherine F. Wenger

KATHERINE F. WENGER
DAVID M. MARCHIANO
Attorneys for Plaintiff GROVE WAY INVESTMENTS, LLC

---

STIP. & [PROPOSED] ORDER RE: EXTENSION OF DISCOVERY DEADLINE    2:19-cv-00696-JAM-EFB

1

Dated: March 26, 2020        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP


/s/ Daniel S. Maroon
ERINN M. CONTRERAS
DANIEL S. MAROON
Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

PURSUANT TO STIPULATION, AND A SHOWING OF GOOD CAUSE, IT IS SO ORDERED THAT THE DEADLINE FOR DISCOVERY TO COMPLETED IN THIS MATTER IS EXTENDED FROM MAY 1, 2020 UNTIL MAY 15, 2020.


DATED:   March 26, 2020                    /s/ John A. Mendez

                                           HON. JOHN A. MENDEZ

2

STIPULATION AND PROPOSED ORDER TO EXTEND DISCOVERY CUTOFF

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: March 26, 2020

BROWN, GEE & WENGER LLP

/s/ Katherine F. Wenger

KATHERINE F. WENGER
Attorneys for Grove Way Investments, LLC