1  KATHERINE F. WENGER / CA SB #223045
2  DAVID M. MARCHIANO / CA SB# 264809
   BROWN, GEE & WENGER LLP
3  200 Pringle Avenue, Suite 400
   Walnut Creek CA 94596
4  Telephone: (925) 943-5000
   Facsimile: (925) 933-2100
5  kwenger@bgwcounsel.com
   dmarchiano@bgwcounsel.com
6
7  Attorneys for Plaintiff
   GROVE WAY INVESTMENTS, LLC
8
9  SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
       A Limited Liability Partnership
       Including Professional Corporations
10 ERINN M. CONTRERAS, Cal. Bar No. 244563
   DANIEL S. MAROON, Cal. Bar No. 297900
11 Four Embarcadero Center, 17th Floor
   San Francisco, California 94111-4109
12 Telephone:    415.434.9100
   Facsimile:    415.434.3947
13 E mail         econtreras@sheppardmullin.com
                  dmaroon@sheppardmullin.com
14
15 Attorneys for Defendant
   CENTENE MANAGEMENT COMPANY, LLC
16
17                 UNITED STATES DISTRICT COURT
18                 EASTERN DISTRICT OF CALIFORNIA
19
20 GROVE WAY INVESTMENTS, LLC, a          CASE NO. 2:19-cv-00696-JAM-EFB
   California limited liability company,
21                                         STIPULATION AND ORDER TO
                     Plaintiff,            EXTEND DISCOVERY CUTOFF TO
22                                         JUNE 5, 2020
   v.
23
   CENTENE MANAGEMENT COMPANY,
24 LLC, a Wisconsin limited liability company,
   and DOES 1 through 20, inclusive,
25
                     Defendants.
26 AND RELATED COUNTERCLAILM
27
28                                     -1-
   SMRH:4838-1547-8458.1

1    WHEREAS, the Parties previously stipulated to and the Court approved an order

2    extending the discovery deadline in this matter from May 1, 2020 until May 15, 2020 (ECF NO.

3    13), which is the current discovery cut-off deadline;

4    WHEREAS, on March 16, 2020, due to the spread and threat of the COVID-19 virus,

5    Alameda County, Contra Costa County, Marin County, San Francisco County, Santa Clara

6    County and Santa Cruz County all issued orders requiring the sheltering in place and non-

7    operation of all non-essential individuals/businesses;

8    WHEREAS, on March 19, 2020 Placer County and Sacramento County, as well as the

9    State of California, issued similar shelter in place orders;

10   WHEREAS, the aforementioned shelter in place orders are currently set to expire in early

11   May (either May 1, 2020 or May 3, 2020);

12   WHEREAS, Plaintiff's principal, Plaintiff's counsel, Defendant's counsel and many

13   potential third party witnesses in this matter reside/are located in California, including in the

14   counties referenced above;

15   WHEREAS, Plaintiff's lead counsel, Katherine Wenger, recently obtained a federal jury

16   summons requiring her to be "on call", and thus unavailable for this matter, from May 7 – May

17   20, 2020;

18   WHEREAS, given the aforementioned shelter in place orders, the challenge such orders

19   pose to discovery and the period of unavailability of Plaintiff's lead counsel, the Parties stipulate

20   and agree through their counsel of record, that the current May 15, 2020 discovery deadline set

21   forth in ECF No. 13, shall be extended from May 15, 2020 through and including June 5, 2020.

22   Dated: April 16, 2020          BROWN, GEE & WENGER LLP

23                                 /s/ Katherine F. Wenger

24                                 _____
                                   KATHERINE F. WENGER
25                                 DAVID M. MARCHIANO
                                   Attorneys for Plaintiff GROVE WAY INVESTMENTS,
26                                 LLC

27

STIP. & [PROPOSED] ORDER RE:  EXTENSION OF DISCOVERY DEADLINE

28                                      -1-

Dated:  April 16, 2020        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Erinn M. Contreras

_____
ERINN M. CONTRERAS
DANIEL S. MAROON
Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC


PURSUANT TO STIPULATION, AND A SHOWING OF GOOD CAUSE, IT IS SO

ORDERED THAT THE DEADLINE FOR DISCOVERY TO COMPLETED IN THIS

MATTER IS EXTENDED FROM MAY 15, 2020 UNTIL JUNE 5, 2020.


DATED:   April 17, 2020              /s/ John A. Mendez_____
                                     HON. JOHN A. MENDEZ

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED:  April 17, 2020

BROWN, GEE & WENGER LLP

/s/ Katherine F. Wenger

_____

KATHERINE F. WENGER
Attorneys for Grove Way Investments, LLC

-3-

SMRH:4838-1547-8458.1