KATHERINE F. WENGER / CA SB #223045
DAVID M. MARCHIANO / CA SB# 264809
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
kwenger@bgwcounsel.com
dmarchiano@bgwcounsel.com

Attorneys for Plaintiff
GROVE WAY INVESTMENTS, LLC


SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
   A Limited Liability Partnership
   Including Professional Corporations
ERINN M. CONTRERAS, Cal. Bar No. 244563
DANIEL S. MAROON, Cal. Bar No. 297900
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        econtreras@sheppardmullin.com
              dmaroon@sheppardmullin.com

Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVE WAY INVESTMENTS, LLC, a California limited liability company,<br><br>          Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Wisconsin limited liability company, and DOES 1 through 20, inclusive,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAILM | CASE NO. 2:19-cv-00696-JAM-EFB<br><br>STIPULATION AND ORDER TO EXTEND DISCOVERY AND RELATED DEADLINES |

-1-

SMRH:4851-1082-9499.3

1  WHEREAS, on June 21, 2019, the Court issued a Status (Pre-Trial Scheduling) Order
2  ("Scheduling Order") setting various deadlines, hearing dates and trial (ECF NO. 10);
3  WHEREAS, the Parties previously stipulated to and the Court approved orders (i)
4  extending the discovery cut-off deadline in this matter from May 1, 2020 until May 15, 2020
5  (ECF NO. 13), and (ii) extending the discovery cut-off deadline to June 5, 2020 (ECF No. 17)
6  which is the current discovery cut-off deadline;
7  WHEREAS, on March 16, 2020, due to the spread and threat of the COVID-19 virus,
8  Alameda County, Contra Costa County, Marin County, San Francisco County, Santa Clara
9  County and Santa Cruz County issued orders requiring the sheltering in place and non-operation
10 of all non-essential individuals/businesses.  While these orders initially were set to expire on
11 May 3, 2020, on or around April 29, 2020, each of these counties extended these orders until on
12 or around May 31, 2020;
13 WHEREAS, on March 19, 2020 Sacramento County, as well as the State of California,
14 issued similar shelter in place orders, with the Sacramento County order currently set to expire
15 on May 22, 2020 and the State of California order still in place with no set expiration date.   The
16 County Shelter in Place orders referenced above, along with the State of California Shelter in
17 Place Order are hereinafter referred to collectively as the "Shelter in Place Orders";
18 WHEREAS, Plaintiff's principal, Plaintiff's counsel, Defendant's counsel and many
19 potential third party witnesses in this matter reside/are located in California, including in the
20 counties referenced above;
21 WHEREAS, given the Shelter in Place Orders, the challenge such orders have posed and
22 continue to pose to the completion of discovery, and the impact on the other deadlines set forth
23 in the Scheduling Order (ECF No. 10), the Parties stipulate and agree, through their counsel of
24 record, to extend various deadlines and dates set forth in ECF No. 10 & 17 as follows:
25
26
27
28

| Description | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Completion of Discovery | June 5, 2020 | July 2, 2020 |
| Dispositive Motion Filing Date | June 16, 2020 | July 14, 2020 |
| Hearing on Dispositive Motions | July 14, 2090 1:30 p.m. | August 11, 2020 1:30 p.m. |
| Final Pre-Trial Conference | August 28, 2020 10:00 a.m. | September 25, 2020 10:00 a.m. |
| Trial | October 5, 2020 9:00 a.m. | November 2, 2020 9:00 a.m. |

WHEREAS, the Parties agree that the extensions of the discovery cut-off deadline set forth herein (from June 5, 2020 to July 2, 2020) shall be subject to the following conditions:

1.   Any depositions of individuals residing out of state shall be taken remotely via video.

2.   To the extent that due to: (i) the Shelter in Place Orders (or other similar COVID related government regulation), (ii) an individual's COVID related health concerns, and/or (iii) a COVID related policy by an individual's employer that would prohibit that individual from attending such deposition in person, such that a particular deposition cannot be conducted in person prior to the July 2, 2020 discovery cut-off deadline, the Parties agree to conduct such deposition remotely by video in order to accommodate and address such issues and meet that deadline. Notwithstanding the foregoing, the Parties reserve and do not waive any other objections they may have to such depositions that are unrelated to the issue of whether such deposition occurs in person versus remotely by video.

WHEREAS, notwithstanding the July 2, 2020 discovery cutoff deadline, if any issues arise at a deposition that necessitate Court intervention, the Parties shall submit such matter to the Court as soon as possible following such depositions but in no event later than seven (7) days

SMRH:4851-1082-9499.3

-2-

of such deposition.  Any such discovery motion shall be considered timely as long as it is filed within that 7 day time frame, set to be heard within 30 days of the date of deposition, and is otherwise submitted in compliance with Local Rule 251.  To the extent possible, and in a manner that allows each party a fair opportunity to brief the relevant issue, the Parties agree to work to jointly submit any such request for Court intervention on an *ex parte* basis to expedite obtaining a Court ruling.

Dated: May 4, 2020               BROWN, GEE & WENGER LLP

/s/ Katherine F. Wenger

KATHERINE F. WENGER
DAVID M. MARCHIANO
Attorneys for Plaintiff GROVE WAY INVESTMENTS, LLC

Dated:  May 4, 2020              SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

/s/ Erinn M. Contreras

ERINN M. CONTRERAS
DANIEL S. MAROON
Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

PURSUANT TO STIPULATION, AND A SHOWING OF GOOD CAUSE, IT IS SO ORDERED THAT THE DEADLINE/DATES SET FORTH IN ECF NO. 10 AND ECF. NO. 17 ARE EXTENDED AS FOLLOWS:

| | |
|---|---|
| <u>Completion of Discovery:</u> | July 2, 2020 |
| <u>Dispositive Motion Filing Date:</u> | July 14, 2020 |
| <u>Hearing on Dispositive Motions:</u> | August 11, 2020 1:30 p.m. |
| <u>Final Pre-Trial Conference:</u> | September 25, 2020 11:00 a.m. |
| <u>Trial:</u> | November 2, 2020 9:00 a.m. |

-3-

SMRH:4851-1082-9499.3

**IT IS SO ORDERED (AS MODIFIED BY THE COURT)**

DATED:  5/5/2020                                    /s/ John A. Mendez
                                                                HON. JOHN A. MENDEZ

-4-

SMRH:4851-1082-9499.3

## SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED:  May 5, 2020            BROWN, GEE & WENGER LLP

                                                  /s Katherine F. Wenger

                                              KATHERINE F. WENGER
                                              Attorneys for Grove Way Investments, LLC

SMRH:4851-1082-9499.3

-5-