SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ERINN M. CONTRERAS, Cal. Bar No. 244563
SUZANNE T. STAFFORD, Cal. Bar No. 306180
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        econtreras@sheppardmullin.com
              sstafford@sheppardmullin.com

Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

KATHERINE F. WENGER / CA SB #223045
DAVID M. MARCHIANO / CA SB# 264809
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
kwenger@bgwcounsel.com
dmarchiano@bgwcounsel.com

Attorneys for Plaintiff
GROVE WAY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVE WAY INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Wisconsin limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 2:19-cv-00696-JAM-EFB<br><br>**STIPULATION AND ORDER TO FURTHER EXTEND DISCOVERY AND RELATED DEADLINES** |

WHEREAS, on June 21, 2019, the Court issued a Status (Pre-Trial Scheduling) Order ("Scheduling Order") setting various deadlines, hearing dates and trial (ECF NO. 10);

WHEREAS, the Parties previously stipulated to and the Court approved orders (i) extending the discovery cut-off deadline in this matter from May 1, 2020 until May 15, 2020 (ECF NO. 13), (ii) extending the discovery cut-off deadline to June 5, 2020 (ECF No. 17), and (iii) extending the discovery cut-off deadline to July 2, 2020, which is the current discovery cut-off deadline;

WHEREAS, on March 16, 2020, due to the spread and threat of the COVID-19 virus, Alameda County, Contra Costa County, Marin County, San Francisco County, Santa Clara County and Santa Cruz County issued orders requiring the sheltering in place and non-operation of all non-essential individuals/businesses.  While these orders initially were set to expire on May 3, 2020, each of these counties previously extended these orders until on or around May 31, 2020.  On May 22, 2020, each of these counties issued orders extending the Shelter-in-Place restrictions (with minimal modification) with no set expiration date;

WHEREAS, on March 19, 2020 Sacramento County, as well as the State of California, issued similar shelter in place orders.  Both the Sacramento County order and the State of California order are still in place (with minimal modification) with no set expiration date.  The County Shelter in Place orders referenced above, along with the State of California Shelter in Place Order are hereinafter referred to collectively as the "Shelter in Place Orders";

WHEREAS, Plaintiff's principal, Plaintiff's counsel, Defendant's counsel and many potential third party witnesses in this matter reside/are located in California, including in the counties referenced above;

WHEREAS, given the Shelter in Place Orders, the challenge such orders have posed and continue to pose to the completion of discovery, and the impact on the other deadlines set forth in the Scheduling Order (ECF No. 10), the Parties stipulate and agree, through their counsel of record, to extend various deadlines and dates set forth in ECF No. 10, 17 & 22 as follows:

| Description | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Completion of Discovery | July 2, 2020 | July 17, 2020 |
| Dispositive Motion Filing Date | July 14, 2020 | July 28, 2020 |
| Hearing on Dispositive Motions | August 11, 2020 at 1:30 p.m. | August 25, 2020 at 1:30 p.m. |
| Final Pre-Trial Conference | September 25, 2020 at 10:00 a.m. | October 2, 2020 at 10:00 a.m. |
| Trial | November 2, 2020 at 9:00 a.m. | November 9, 2020 at 9:00 a.m. |

WHEREAS, the Parties agree that the extensions of the discovery cut-off deadline set forth herein (from July 2, 2020 to July 17, 2020) shall be subject to the following conditions:

1.  Any depositions of individuals residing out of state shall be taken remotely via video.

2.  To the extent that due to: (i) the Shelter in Place Orders (or other similar COVID related government regulation), (ii) an individual's COVID related health concerns, and/or (iii) a COVID related policy by an individual's employer that would prohibit that individual from attending such deposition in person, such that a particular deposition cannot be conducted in person prior to the July 17, 2020 discovery cut-off deadline, the Parties agree to conduct such deposition remotely by video in order to accommodate and address such issues and meet that deadline. Notwithstanding the foregoing, the Parties reserve and do not waive any other objections they may have to such depositions that are unrelated to the issue of whether such deposition occurs in person versus remotely by video.

WHEREAS, notwithstanding the July 17, 2020 discovery cutoff deadline, if any issues arise at a deposition that necessitate Court intervention, the Parties shall submit such matter to the Court as soon as possible following such depositions but in no event later than seven (7) days

1  of such deposition.  Any such discovery motion shall be considered timely as long as it is filed
2  within that 7 day time frame, set to be heard within 30 days of the date of deposition, and is
3  otherwise submitted in compliance with Local Rule 251.  To the extent possible, and in a manner
4  that allows each party a fair opportunity to brief the relevant issue, the Parties agree to work to
5  jointly submit any such request for Court intervention on an *ex parte* basis to expedite obtaining
6  a Court ruling.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated: June 11, 2020     */s/ Erinn M. Contreras*
ERINN M. CONTRERAS
SUZANNE T. STAFFORD
Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC


BROWN, GEE & WENGER LLP

Dated: June 11, 2020     */s/ Katherine F. Wenger*
KATHERINE F. WENGER
DAVID M. MARCHIANO
Attorneys for Plaintiff
GROVE WAY INVESTMENTS, LLC

PURSUANT TO STIPULATION, AND A SHOWING OF GOOD CAUSE, IT IS SO ORDERED THAT THE DEADLINE/DATES SET FORTH IN ECF NO. 10, ECF. NO. 17 AND ECF NO. 22 ARE EXTENDED AS FOLLOWS:

|  |  |
|---|---|
| Completion of Discovery: | July 17, 2020 |
| Dispositive Motion Filing Date: | July 28, 2020 |
| Hearing on Dispositive Motions: | August 25, 2020 1:30 p.m. |
| Final Pre-Trial Conference: | October 2, 2020 10:00 a.m. |
| Trial: | November 9, 2020 9:00 a.m. |

**IT IS SO ORDERED.**

DATED:   June 11, 2020            /s/ John A. Mendez_____
                                   HON. JOHN A. MENDEZ

SMRH:4853-1602-5279.2        -5-        Case No: 2:19-cv-00696-JAM-EFB.
STIP. & [PROPOSED] ORDER RE: EXTENSION OF DISCOVERY DEADLINE

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

Dated:  June 11, 2020          */s/ Erinn M. Contreras*
ERINN M. CONTRERAS
Attorney for Defendant
CENTENE MANAGEMENT COMPANY, LLC

<u>PROOF OF SERVICE</u>

**Grove Way Investments, LLC v. Centene Management Company, LLC**
**Case No. 19-CV-00696-JAM-EFB**

<u>STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO</u>

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of San Francisco, State of California. My business address is Four Embarcadero Center, 17th Floor, San Francisco, CA 94111-4109.

On June 11, 2020, I served true copies of the following document(s) described as **STIPULATION AND [PROPOSED] ORDER TO FURTHER EXTEND DISCOVERY AND RELATED DEADLINES** on the interested parties in this action as follows:

| | |
|---|---|
| Katherine F. Wenger<br>David M. Marchiano<br>Donna Meadors<br>Michael K. Brown<br>BROWN, GEE & WENGER LLP<br>200 Pringle Avenue, Suite 400<br>Walnut Creek CA 94596 | Telephone: (925) 943-5000<br>Facsimile: (925) 933-2100<br>mbrown@bgwcounsel.com<br>kwenger@bgwcounsel.com<br>dmarchiano@bgwcounsel.com<br>dmeadors@bgwcounsel.com<br><br>Attorneys for Plaintiff and Counterclaim Defendant<br>GROVE WAY INVESTMENTS, LLC |

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 11, 2020 at San Francisco, California.

Nayeli Saucedo