SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ERINN M. CONTRERAS, Cal. Bar No. 244563
SUZANNE T. STAFFORD, Cal. Bar No. 306180
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        econtreras@sheppardmullin.com
              sstafford@sheppardmullin.com

Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

KATHERINE F. WENGER / CA SB #223045
DAVID M. MARCHIANO / CA SB# 264809
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
kwenger@bgwcounsel.com
dmarchiano@bgwcounsel.com

Attorneys for Plaintiff
GROVE WAY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVE WAY INVESTMENTS, LLC, a California limited liability company,<br><br>               Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Wisconsin limited liability company, and DOES 1 through 20, inclusive,<br><br>               Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 2:19-cv-00696-JAM-EFB<br><br>**AMENDED STIPULATION AND ORDER TO FURTHER EXTEND DISCOVERY AND RELATED DEADLINES** |

1   WHEREAS, on June 21, 2019, the Court issued a Status (Pre-Trial Scheduling) Order
2   ("Scheduling Order") setting various deadlines, hearing dates and trial (ECF NO. 10);

3   WHEREAS, the Parties previously stipulated to and the Court approved orders (i)
4   extending the discovery cut-off deadline in this matter from May 1, 2020 until May 15, 2020
5   (ECF NO. 13), (ii) extending the discovery cut-off deadline to June 5, 2020 (ECF No. 17), and
6   (iii) extending the discovery cut-off deadline to July 2, 2020, which is the current discovery cut-
7   off deadline (ECF No. 22); and (iv) extending the discovery cut-off deadline to July 17 (ECF No.
8   40), which is the current discovery cut-off deadline;

9   WHEREAS, on July 13, 2020, the Parties filed another Stipulation and [Proposed] Order
10  to Further Extend Discovery and Related Deadlines (ECF No. 43), seeking to further extend
11  various deadlines in this case;

12  WHEREAS, the Court was not available on the dates requested in that Stipulation,
13  provided alternative dates on which the Court was available and asked the parties to submit an
14  Amended Stipulation reflecting the Court's availability;

15  WHEREAS, on March 16, 2020, due to the spread and threat of the COVID-19 virus,
16  Alameda County, Contra Costa County, Marin County, San Francisco County, Santa Clara
17  County and Santa Cruz County issued orders requiring the sheltering in place and non-operation
18  of all non-essential individuals/businesses.  While these orders initially were set to expire on
19  May 3, 2020 each of these counties previously extended these orders until on or around May 31,
20  2020. On May 22, 2020, each of these counties issued orders extending the Shelter-in-Place
21  restrictions (with minimal modification) with no set expiration date;

22  WHEREAS, on March 19, 2020 Sacramento County, as well as the State of California,
23  issued similar shelter in place orders.  Both the Sacramento County order and the State of
24  California order are still in place (with minimal modification) with no set expiration date.  The
25  County Shelter in Place orders referenced above, along with the State of California Shelter in
26  Place Order are hereinafter referred to collectively as the "Shelter in Place Orders";

27  WHEREAS, Plaintiff's principal, Plaintiff's counsel, Defendant's counsel and many
28

potential third party witnesses in this matter reside/are located in California, including in the counties referenced above;

WHEREAS, given the Shelter in Place Orders, the challenge such orders have posed and continue to pose to the completion of discovery, and the impact on the other deadlines set forth in the Scheduling Order (ECF No. 10), the Parties stipulate and agree, through their counsel of record, to extend various deadlines and dates set forth in ECF No. 10, 17, 22 & 40 as follows:

| Description | Current Deadline/Date | New Deadline/Date |
|---|---|---|
| Completion of Discovery | July 17, 2020 | July 24, 2020 |
| Dispositive Motion Filing Date | July 28, 2020 | September 1, 2020 |
| Hearing on Dispositive Motions | August 25, 2020 1:30 p.m. | September 29, 2020 at 1:30 p.m. |
| Joint Pretrial Statement | N/A | November 13, 2020 |
| Final Pre-Trial Conference | October 2, 2020 10:00 a.m. | November 20, 2020 at 11a.m. |
| Trial | November 9, 2020 9:00 a.m. | January 25, 2021 9:00 a.m. |

WHEREAS, the Parties agree that the extensions of the discovery cut-off deadline set forth herein (from July 17, 2020 to July 24, 2020) shall be subject to the following conditions:

1. Any depositions of individuals residing out of state shall be taken remotely via video.

2. To the extent that due to: (i) the Shelter in Place Orders (or other similar COVID related government regulation), (ii) an individual's COVID related health concerns, and/or (iii) a COVID related policy by an individual's employer that would prohibit that individual from attending such deposition in person, such that a particular deposition cannot be conducted in person prior to the July 24, 2020 discovery cut-off deadline, the Parties agree to conduct such deposition remotely by video in order to accommodate and address such issues and

1  meet that deadline.  Notwithstanding the foregoing, the Parties reserve and do not waive any

2  other objections they may have to such depositions that are unrelated to the issue of whether such

3  deposition occurs in person versus remotely by video.

4        WHEREAS, notwithstanding the July 24, 2020 discovery cutoff deadline, if any issues

5  arise at a deposition that necessitate Court intervention, the Parties shall submit such matter to

6  the Court as soon as possible following such depositions but in no event later than seven (7) days

7  of such deposition.   Any such discovery motion shall be considered timely as long as it is filed

8  within that 7 day time frame, set to be heard within 30 days of the date of deposition, and is

9  otherwise submitted in compliance with Local Rule 251.  To the extent possible, and in a manner

10  that allows each party a fair opportunity to brief the relevant issue, the Parties agree to work to

11  jointly submit any such request for Court intervention on an *ex parte* basis to expedite obtaining

12  a Court ruling.

13

14  Dated:  July 15, 2020      SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

15

16        */s/ Erinn M. Contreras*
      ERINN M. CONTRERAS

17        SUZANNE T. STAFFORD
      Attorneys for Defendant

18        CENTENE MANAGEMENT COMPANY, LLC

19  Dated: July 15, 2020      BROWN, GEE & WENGER LLP

20

21        */s/ Katherine F. Wenger*
      KATHERINE F. WENGER

22        DAVID M. MARCHIANO
      Attorneys for Plaintiff

23        GROVE WAY INVESTMENTS, LLC

24

25  PURSUANT TO STIPULATION, AND A SHOWING OF GOOD CAUSE, IT IS SO

26  ORDERED THAT THE DEADLINE/DATES SET FORTH IN ECF NO. 10, ECF. NO. 17, ECF

27

28

NO. 22, AND ECF NO. 40 ARE EXTENDED AS FOLLOWS:

| | |
|---|---|
| <u>Completion of Discovery:</u> | July 24, 2020 |
| <u>Dispositive Motion Filing Date:</u> | September 1, 2020 |
| <u>Hearing on Dispositive Motions:</u> | September 29, 2020 at 1:30 p.m. |
| <u>Joint Pretrial Statement</u> | November 13, 2020 |
| <u>Final Pre-Trial Conference:</u> | November 20, 2020 at 11a.m |
| <u>Trial:</u> | January 25, 2021 9:00 a.m. |

**IT IS SO ORDERED.**

DATED: July 16, 2020                    /s/ John A. Mendez_____
                                        HON. JOHN A. MENDEZ

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: July 15, 2020

SHEPPARD MULLIN RICHTER & HAMPTON LLP

*/s/ Erinn M. Contreras*
ERINN M. CONTRERAS
Attorney for Centene Management Company, LLC