SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ERINN M. CONTRERAS, Cal. Bar No. 244563
SUZANNE T. STAFFORD, Cal. Bar No. 306180
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail        econtreras@sheppardmullin.com
              sstafford@sheppardmullin.com

Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

KATHERINE F. WENGER / CA SB #223045
DAVID M. MARCHIANO / CA SB# 264809
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
kwenger@bgwcounsel.com
dmarchiano@bgwcounsel.com

Attorneys for Plaintiff
GROVE WAY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVE WAY INVESTMENTS, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Wisconsin limited liability company, and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 2:19-cv-00696-JAM-EFB<br><br>**STIPULATION AND ORDER TO DISMISS CENTENE'S THIRD COUNTERCLAIM** |
| AND RELATED COUNTERCLAIM | |

1       WHEREAS, on May 1, 2019, Defendant and Counterclaimant Centene Management Company LLC ("Centene") filed its Answer, Affirmative Defenses, and Counterclaims (ECF No. 5);

       WHEREAS, Centene's Third Counterclaim, as set forth in ECF No. 5, alleges a counterclaim for "Breach of Implied Duty to Perform with Reasonable Care" ("Centene's Third Counterclaim");

       WHEREAS, in advance of the filing of cross motions for summary judgment, the Parties have met and conferred, and as part of those meet and confer efforts Centene has agreed to dismiss with prejudice its Third Counterclaim against Grove Way (Breach of Implied Duty to Perform with Reasonable Care);

       WHEREAS, pursuant to Federal Rule of Civil Procedure 41, Centene hereby stipulates and agrees to the dismissal of its Third Counterclaim against Grove Way for Breach of Implied Duty to Perform with Reasonable Care with prejudice; and

       WHEREAS, Centene reserves all other rights related to its other Counterclaims as set forth in ECF No. 5 and makes no dismissal thereof.

Dated: August 17, 2020          SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                ERINN M. CONTRERAS
                                SUZANNE T. STAFFORD
                                Attorneys for Defendant
                                CENTENE MANAGEMENT COMPANY, LLC

Dated: August 17, 2020          BROWN, GEE & WENGER LLP

-4-

                                       */s/ Katherine F. Wenger*
                                       KATHERINE F. WENGER
                                       Attorneys for Plaintiff GROVE WAY INVESTMENTS, LLC

PURSUANT TO STIPULATION, AND A SHOWING OF GOOD CAUSE, CENTENE'S THIRD CAUSE OF ACTION OF ITS COUNTERCLAIM IS DISMISSED WITH PREJUDICE.

**IT IS SO ORDERED.**

DATED:  August 18, 2020                            /s/ John A. Mendez
                                                          HON. JOHN A. MENDEZ

## **SIGNATURE ATTESTATION**

       I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: August 17, 2020                         SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                                SUZANNE T. STAFFORD
                                                Attorney for Centene Management Company, LLC