SHEPPARD, MULLIN, RICHTER & HAMPTON LLP
  A Limited Liability Partnership
  Including Professional Corporations
ERINN M. CONTRERAS, Cal. Bar No. 244563
SUZANNE T. STAFFORD, Cal. Bar No. 306180
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone:    415.434.9100
Facsimile:    415.434.3947
E mail econtreras@sheppardmullin.com
         sstafford@sheppardmullin.com
Attorneys for Defendant
CENTENE MANAGEMENT COMPANY, LLC

KATHERINE F. WENGER / CA SB #223045
DAVID M. MARCHIANO / CA SB# 264809
BROWN, GEE & WENGER LLP
200 Pringle Avenue, Suite 400
Walnut Creek CA 94596
Telephone: (925) 943-5000
Facsimile: (925) 933-2100
kwenger@bgwcounsel.com
dmarchiano@bgwcounsel.com
Attorneys for Plaintiff
GROVE WAY INVESTMENTS, LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GROVE WAY INVESTMENTS, LLC, a California limited liability company,<br><br>  Plaintiff,<br><br>v.<br><br>CENTENE MANAGEMENT COMPANY, LLC, a Wisconsin limited liability company, and DOES 1 through 20, inclusive,<br><br>  Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO. 2:19-cv-00696-JAM-EFB<br><br>**JOINT STIPULATION and ORDER RE: FACTS RE: THE PARTIES' CROSS MOTIONS FOR (PARTIAL) SUMMARY JUDGMENT**<br><br>Date:           September 29, 2020<br>Time:          1:30 P.M.<br>Location:    501 I Street<br>                    Sacramento, CA 95814<br>                    Courtroom: 6<br><br>Judge:         Hon. Judge John A. Mendez |

Pursuant to Eastern District of California Local Rule 260(c), Plaintiff/Cross-Defendant GROVE WAY INVESTMENTS, LLC ("Grove Way") and Defendant/Cross-Claimant CENTENE MANAGEMENT COMPANY, LLC ("Centene") submit the following Joint Stipulation of Facts. These stipulations are entered into only for the purpose of summary judgment and are not intended to be otherwise binding.  Other than authenticity and/or foundation, the Parties retain all evidentiary and other objections to the introduction of the stipulated facts set forth below, including but not limited to objections as to relevance and materiality.

1. On or about January 24, 2017, Centene entered into a Single Tenant Office Lease Agreement (the "Original Lease") with RF3 International Drive, LLC ("RF3") whereby Centene agreed to lease the commercial office building located at 10811 International Drive, Rancho Cordova, California (the "Premises"). Included as Exhibit B with the Original Lease was a Construction Rider.  A true and correct copy of the Original Lease is attached hereto as **Exhibit A.**

2. Pursuant to the Original Lease, the Commencement Date of the Lease was February 22, 2017 and the Rent Commencement Date was July 22, 2017. A true and correct copy of the Commencement Date Memorandum executed by and between RF3 and Centene is attached hereto as **Exhibit B**.

3. On or about March 14, 2017, RF3 and Grove Way entered into a Real Property Purchase and Sale Agreement (the "PSA").  A true and correct copy of the PSA executed by and between RF3 and Grove Way is attached hereto as **Exhibit C**.

4. On or about May 11, 2017, RF3 and Grove Way entered into the First Amendment to the PSA.  A true and correct copy of the First Amendment to the PSA executed by and between RF3 and Grove Way is attached hereto as **Exhibit D**.

5. On or about June 13, 2017, RF3 and Grove Way entered into the Amended and Restated Second Amendment to the PSA.  A true and correct copy of the Amended and Restated Second Amendment to the PSA executed by and between RF3 and Grove Way is attached hereto as **Exhibit E**.

6. In conjunction with the closing of escrow on the Premises, RF3 and Grove Way executed the Assignment of Assumption of the Lease (the "Assignment") whereby RF3 assigned to Grove Way all rights, obligations, title and interest to the Lease. A true and correct copy of the Assignment executed by and between RF3 and Grove Way is attached hereto as **Exhibit F**.

7. Attached as **Exhibit G** is a true and correct copy of an e-mail string between, among others, Centene's real estate broker Scott Bazoian of Cushman Wakefield and Marc Crawford of Grove Way titled "re: Centene TI reimbursement extension".

8. Centene executed a contract with Bullard Construction dated September 29, 2017 (the "Construction Contract"). Attached hereto as **Exhibit H** is a true and correct copy of the Construction Contract. **Exhibit I** reflects the Schedule of Values associated with the Construction Contract at that time.

9. On or around October 4, 2017, Grove Way and Centene executed a "First Amendment to Single-Tenant Office Lease Agreement" (the "First Amendment to the Lease"). A true and correct copy of the First Amendment to the Lease is attached hereto as **Exhibit J**.

10. Grove Way, its agents and/or its counsel drafted the First Amendment to the Original Lease.

11. On or around January 25, 2018, Grove Way and Centene executed a document titled "Conditional Approval of Construction Drawings and Scope of Initial Tenant Improvements" (the "January 25, 2018 Conditional Approval"). A true and correct copy of the January 25, 2018 Conditional Approval is attached hereto as **Exhibit K**.

12. Grove Way, its agents and/or its counsel drafted the January 25, 2018 Conditional Approval.

13. On March 15, 2018, Centene sent Grove Way the correspondence attached titled "Draw #1 – Tenant Improvement Allowance Disbursement". A true and correct copy of the March 15, 2018 correspondence sent by Centene to Grove Way is attached hereto as **Exhibit L**.

14. On or around April 5, 2018, Centene provided Grove Way with an electronic set of revised plans that included revisions through Delta 9 (the "Delta 9 Plans"). The revisions included in these plans included the removal of the kitchen, generator, fitness center

and restrooms related to the fitness center.  The new revisions included on these plans were identified by reference to "Delta" (changes) 6 through 9.  Attached hereto as **Exhibit M** are true and correct copies of relevant portions of the Delta 9 Plans that Centene provided to Grove Way; the full set of the Delta 9 Plans is not being provided due to volume If either party believes that part of the revised plans that are not attached here are relevant to the claims or issues to be raised via the cross motions for summary judgment they will provide such additional pages to the Court separately.

15. On or around June 4, 2018, Centene and Bullard executed Change Order No. 12 to the Construction Contract, a true and correct copy of which is attached hereto as **Exhibit N.**

16. On or around June 22, 2018, Hillary Bean (counsel for Centene) sent a letter to Grove Way and its counsel Robert Miller of Lubin Olson LLP ("June 22, 2018 Letter"). A true and correct copy of the June 22, 2018 Letter is attached hereto as **Exhibit O.**

17. On June 25, 2018 Grove Way responded to Centene's June 22, 2018 correspondence.  Attached hereto as **Exhibit P** is a true and correct copy of Grove Way's response.

18. On or around June 30, 2018, Mr. Crawford sent Centene a document titled "Conditional Approval of Construction Drawings and Scope of Initial Tenant Improvements" (the "June 30, 2018 Conditional Approval"). A true and correct copy of the June 30, 2018 Conditional Approval is attached hereto as **Exhibit Q.**

19. Attached hereto as **Exhibit R** is a true and correct copy a July 6, 2018 letter from Hillary Bean, counsel for Centene, to Grove Way and Grove Way's counsel responding to Grove Way's June 30, 2018 Conditional Approval.

20. Centene did not execute the June 30, 2018 Conditional Approval.

21. On or around February 7, 2019, Centene emailed to Grove Way a link by which Grove Way was able to download an electronic set of the "as built" construction drawings/plans for the tenant improvements constructed at the Premises.  A true and correct copy of relevant portions of the electronic set of the "as built" construction drawings/plans for the tenant improvements is attached hereto as **Exhibit T**; the full set of electronic  "as built" construction

drawings/plans that was emailed to Grove Way is not being provided due to volume. If either party believes that any part of the as built plans that are not attached here are relevant to the claims or issues to be raised via the cross motions for summary judgment, they will provide such additional pages to the Court separately.

**IT IS SO STIPULATED.**

Dated: August 18, 2020

                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                By         /s/ Suzanne T. Stafford    
                      ERINN M. CONTRERAS
                      SUZANNE T. STAFFORD
                      Attorneys for Defendant
                CENTENE MANAGEMENT COMPANY, LLC

Dated: August 18, 2020

                BROWN, GEE & WENGER LLP

                By         /s/ Katherine F. Wenger    
                      KATHERINE F. WENGER
                      DAVID M. MARCHIANO
                      Attorneys for Plaintiff
                GROVE WAY INVESTMENTS, LLC

**IT IS SO ORDERED.**

DATED: August 19, 2020         /s/ John A. Mendez    
                                      HON. JOHN A. MENDEZ

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

DATED: August 18, 2020
SHEPPARD MULLIN RICHTER & HAMPTON LLP

_____
SUZANNE T. STAFFORD
Attorney for Centene Management Company, LLC